UFH Apts. Inc. v Vyskovsky (2025 NY Slip Op 51670(U))

[*1]

UFH Apts. Inc. v Vyskovsky

2025 NY Slip Op 51670(U)

Decided on October 14, 2025

Civil Court Of The City Of New York, New York County

Guthrie, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected in part through October 28, 2025; it will not be published in the printed Official Reports.

Decided on October 14, 2025
Civil Court of the City of New York, New York County

UFH Apartments Inc., Petitioner,

against
Jaroslav Vyskovsky, Respondent.

Index No. L&T 317784/24

Opinion withdrawn from online only publication by the State Reporter. This opinion will be published in the Miscellaneous Reports. See 
2025 NY Slip Op 25228.